IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02868-WYD-MJW

CSI INSPECTION, LLC F/K/A CONNECTION SPECIALISTS, INC.,

Plaintiff(s),

v.

ROSS TERREBONE and
TITAN INSPECTION SERVICES, L.L.C.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Stipulated Motion Requesting Entry of a Protective Order (docket no. 23) is GRANTED finding good cause shown.  The Stipulated Protective Order (docket no. 23-1) is APPROVED as amended in paragraph 10 and made an Order of Court.

Date: April 10, 2014