IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02868-WYD-MJW

CSI INSPECTION, LLC F/K/A CONNECTION SPECIALISTS, INC.,

Plaintiff(s),

v.

ROSS TERREBONE and
TITAN INSPECTION SERVICES, L.L.C.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Unopposed Motion for Amendment of the Scheduling Order (docket no. 30) is GRANTED finding good cause shown.  The discovery cut-off date is extended to July 14, 2014.  The dispositive motion deadline is extended to August 14, 2014.  The Rule 16 Scheduling Order (docket no. 22) is amended consistent with this minute order.

Date: May 27, 2014