IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02868-WYD-MJW

CSI INSPECTION, LLC, f/k/a CONNECTION SPECIALISTS, INC.,

     Plaintiff,

v.

ROSS TERREBONE and
TITAN INSPECTION SERVICES, L.L.C.,

     Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     On August 14, 2014, the parties filed a Notice of Settlement (ECF No. 46) indicating that this matter has been resolved.  Accordingly, the parties shall file appropriate dismissal documents with the Court not later than **Friday, August 29, 2014.** Further, in light of the settlement, the Defendants' Motion for Determination of Applicable Law (ECF No. 33) is **DENIED AS MOOT.**

     Dated:  August 15, 2014