IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02868-WYD-MJW

CSI INSPECTION, LLC F/K/A
CONNECTION SPECIALISTS, INC.,

      Plaintiff,

v.

ROSS TERREBONNE; and
TITAN INSPECTION SERVICES, LLC,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice of All Claims and Counterclaims (ECF No. 49).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice of All Claims and Counterclaims (ECF No. 49) is **APPROVED** and all claims and counterclaims are hereby **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs. The Clerk of the Court shall terminate this matter.

Dated:   August 29, 2014

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE